UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAURICE WAUGH** | **CIVIL ACTION** |
| **v.** | **No. 14-2260** |
| **WARDEN WINDHAM** | **SECTION: "E" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **Maurice Waugh** is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana this 15th day of December, 2014.

                                                           _____
                                                           **SUSIE MORGAN**
                                                           **UNITED STATES DISTRICT JUDGE**